990 So.2d 1176 (2008)
M.U., a juvenile, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-2880.
District Court of Appeal of Florida, Third District.
September 17, 2008.
Bennett H. Brummer, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Nikole Hiciano, Assistant Attorney General, for appellee.
Before ROTHENBERG and SALTER, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. § 843.02, Fla. Stat.; P.B. v. State, 899 So.2d 480, 481 (Fla. 3d DCA 2005). See Sarantopoulos v. State, 629 So.2d 121 (Fla.1993); Potts v. Johnson, 654 So.2d 596 (Fla. 3d DCA 1995); State v. Carr, 549 So.2d 701 (Fla. 4th DCA 1989).